O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-3710 AHM (FMOx) | Date | July 15, 2008 |
|---|---|---|---|
| Title | USC-KENNETH NORRIS JR. CANCER HOSPITAL, *et al.* v. AETNA HEALTH OF CALIFORNIA, INC., *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Sandy Eagle | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: | |

**Proceedings:**   IN CHAMBERS (No Proceedings Held) Order Continuing Defendants' Motion to Dismiss [DE 6]

  For good cause shown, the Court continues the hearing on Defendant Aetna Health of California, Inc., et al.'s motion to dismiss the complaint to **August 4, 2008 at 10:00** a.m.  Plaintiffs' opposition is due July 21, 2008 and Defendant's reply is due July 28, 2008.

                                      :

Initials of Preparer    se