O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-3710 AHM (FMOx) | Date | July 30, 2008 |
|---|---|---|---|
| Title | USC-KENNETH NORRIS JR. CANCER HOSPITAL, *et al.* v. AETNA HEALTH OF CALIFORNIA, INC., *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Sandy Eagle | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**   IN CHAMBERS ORDER (No Proceedings Held)

On its own motion, the Court continues the hearing on Defendant Aetna Health of California, Inc.'s motion to dismiss the complaint [DE 6] to **August 25, 2008 at 10:00 a.m.**

 : 

Initials of Preparer     se